# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARAIZA,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; MML INSURANCE AGENCY, INC.; MML INVESTORS SERVICES, INC.; THE POLLAKOV FINANCIAL GROUP, INC.; and WILLIAM D. POLLAKOV and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　Defendants.<br>_____<br>AND ALL RELATED CROSS-ACTIONS | CASE NO. 06cv2173 WQH (POR)<br><br>**ORDER DISMISSING ACTION**<br><br>(Doc. # 25) |

The joint motion to dismiss this action and counterclaim with prejudice (Doc. # 25) is **GRANTED**. The above-captioned action and counterclaim are hereby dismissed with prejudice. The Clerk of the Court shall enter judgment.

DATED: July 11, 2007

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　United States District Judge